■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS BIBLIONI, Also Known as CARLOS BIBILONI, Appellant. [803 NYS2d 445]—Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered June 25, 2003, convicting him of promoting prison contraband in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention on appeal, he was not denied his right to a speedy trial pursuant to CPL 30.30 (*see People v Anderson*, 66 NY2d 529 [1985]; *People v Miller*, 298 AD2d 409 [2002]). Further, the People established a sufficient chain of custody for the so-called "shank" entered into evidence

during trial (*see People v Julian*, 41 NY2d 340 [1977]; *People v Connelly*, 35 NY2d 171 [1974]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions are without merit. H. Miller, J.P., Cozier, Ritter and Dillon, JJ., concur.